McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
(732) 733-6200
sdelmauro@mdmc-law.com
Attorneys for Defendant,
The Northwestern Mutual Life Insurance Company

By: _____
     Steven P. Del Mauro, Esq.

|  |  |
|---|---|
| DOUGLAS B. HANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 15-8290 (PGS)(LHG) |

**CIVIL ACTION -- RULE 7.1 STATEMENT ON BEHALF
OF THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**

    The following is a list of all corporate parents that own more than 10% of The Northwestern Mutual Life Insurance Company's stock:

**NONE**

Dated: November 30, 2015

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant,
The Northwestern Mutual Life Insurance Company

By: _____
     Steven P. Del Mauro, Esq.

*2884104*